UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA DOWNS, et al., | CASE NO. C16-1467JLR |
| Plaintiffs, | ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

On August 31, 2017, Plaintiffs Donna Downs, Robert Downs, and Cody Downs (collectively, "Plaintiffs") filed a motion to compel certain discovery from Defendant State Farm Mutual Automobile Insurance Company ("State Farm"). (MTC (Dkt. # 11).) Although Plaintiffs filed their motion in contravention of the court's scheduling order, which requires a party to request a conference with the court before moving for an order related to discovery (Sched. Order (Dkt. # 9) at 2)), the court will nevertheless consider Plaintiffs' motion given the other deadlines set forth in the scheduling order (*id.* at 1

(requiring all discovery motions to be filed no later than September 1, 2017)).
Accordingly, the court DIRECTS State Farm to file a response subject to the Local Rules for the Western District of Washington. *See* Local Rules W.D. Wash. LCR 7(b)(2); *id.* LCR 7(d). Plaintiffs may, but are not required to, file a reply in support of their motion no later than the noting date. *See id.* LCR 7(b)(3); *id.* LCR 7(d). In addition, the court ORDERS the parties to appear for a telephonic hearing on September 20, 2017, at 3:00 p.m. The undersigned judge's Courtroom Deputy will contact the parties with instructions for appearing at the telephonic hearing.

Dated this 6th day of September, 2017.

JAMES L. ROBART
United States District Judge