HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONNA DOWNS and ROBERT DOWNS, individually and the marital community thereof, and CODY DOWNS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY d/b/a STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation doing business in the State of Washington,<br><br>Defendant. | Civil Action No. 2:16-cv-01467-JLR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>[~~PROPOSED~~] |

Based on the Stipulation of Dismissal With Prejudice and Without Costs by the parties, (Dkt. #22)

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs.

DATED this 4th day of October, 2017.

_____
The Honorable James L. Robart
United States District Court Judge

STIPULATION FOR DISMSSAL WITH PREJUDICE AND WITHOUT COSTS - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4834-8984-5328.1

Presented by:

COPPINGER CARTER, P.S.                           LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ - *Carrie Coppinger Carter*                         /s/ *Laura Hawes Young*
Carrie Coppinger Carter, WSBA#28817    Laura Hawes Young, WSBA # 39346
Coppinger Carter P.S.                                   laura.young@lewisbrisbois.com
100 Central Avenue                                      Lewis Brisbois Bisgaard & Smith LLP
Bellingham, WA 98225                                1111 Third Avenue, Suite 2700
ccc@coppingercarter.com                          Seattle, WA 98101
360-676-7545                                              (206) 436-2020
Attorney for Plaintiffs                                 Attorneys for Defendant

STIPULATION FOR DISMSSAL WITH PREJUDICE         LEWIS BRISBOIS BISGAARD & SMITH LLP
AND WITHOUT COSTS - 2                                              1111 Third Avenue, Suite 2700
                                                                                    Seattle, Washington 98101
                                                                                    206.436.2020

4834-8984-5328.1

# DECLARATION OF SERVICE

I hereby certify that on October 4, 2017, I electronically filed the foregoing **PROPOSED ORDER GRANTING STIPULATION FOR DISMSSAL WITH PREJUDICE AND WITHOUT COSTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| *Plaintiffs' Counsel*<br>Carrie M. Coppinger Carter, WSBA #28817<br>Coppinger Carter, P.S.<br>100 Central Avenue<br>Bellingham, WA 98225<br>(360) 676-7545 | [ ] via U.S. Mail, first class, postage prepaid<br>[ ] via Legal Messenger Hand Delivery<br>[ ] via Facsimile (253) 593-0380<br>[X] via CM/ECF |
|---|---|

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of October, 2017, at Seattle, Washington.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Colette Saunders___
Colette Saunders, Legal Secretary
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
colette.saunders@lewisbrisbois.com

STIPULATION FOR DISMSSAL WITH PREJUDICE AND WITHOUT COSTS - 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4834-8984-5328.1